UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8353-BER

UNITED STATES OF AMERICA

vs.

GABRIEL ESTEBAN-MATEO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

                                              Respectfully submitted,

                                              HAYDEN P. O'BYRNE
                                              UNITED STATES ATTORNEY

                            By: *Mark Dispoto*
                                Mark Dispoto
                                Assistant United States Attorney
                                Southern District of Florida
                                500 S. Australian Avenue, Suite 400
                                West Palm Beach, FL 33401
                                Court Id. No. A5501143
                                Office: (561) 209-1032
                                Email: mark.dispoto@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Gabriel Esteban-Mateo, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 25-mj-8353-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/27/2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) | an alien, having previously been deported and removed from the United States subsequent to a conviction for an aggravated felony, was found to be in the United States, knowingly and unlawfully without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission to the United States. |

FILED BY ___TM___ D.C.

Jun 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/30/25

_____
*Judge's signature*

City and state: West Palm Beach, Florida       Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gabriel ESTEBAN-MATEO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 27, 2025, Gabriel ESTEBAN-MATEO was arrested in Palm Beach County, Florida on charge of domestic battery. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Gabriel ESTEBAN-MATEO is a native and citizen of Guatemala. Records further show that on or about July 4, 2012, Gabriel ESTEBAN-MATEO was ordered removed from the United States. The Order of Removal was executed on or about July 20, 2012, whereby Gabriel ESTEBAN-MATEO was removed from the United States and returned to Guatemala.

5. Thereafter, Gabriel ESTEBAN-MATEO re-entered into the United States illegally, his prior order of removal was reinstated, and on or about February 5, 2025, was removed and returned to Guatemala for the second time.

6. Gabriel ESTEBAN-MATEO's fingerprints taken in connection with his June 27, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Gabriel ESTEBAN-MATEO.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Gabriel ESTEBAN-MATEO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Gabriel ESTEBAN-MATEO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 27, 2025, Gabriel ESTEBAN-MATEO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary

of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

                                        Andy Korzen
                                        Deportation Officer
                                        Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 30 day of June 2025.

_____
HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3